UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELL RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>I. ROCHA, et al.,<br><br>    Defendants. | No. 2:19-cv-0726 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2019, plaintiff filed a complaint in the Northern District of California, which was transferred to the Eastern District on April 22, 2019. However, plaintiff had not signed or dated his complaint. On March 6, 2019, plaintiff was instructed by the Clerk of Court to file a signed complaint within 28 days. (ECF No. 2.) Plaintiff was cautioned that if he did not submit a signed complaint within 28 days, his action would be dismissed and the file closed. (ECF No. 2.) Twenty-eight days have passed and plaintiff has not filed a signed complaint.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Plaintiff was given an opportunity to submit a signed pleading but failed to do so. Under Rule 11, the court must strike an unsigned

pleading "unless the omission is promptly corrected." Fed. R. Civ. P. 11(a). Plaintiff has failed to promptly correct his omission. Therefore, the undersigned recommends that the Clerk of the Court strike the complaint and dismiss this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that:

1. The Clerk of Court strike plaintiff's unsigned complaint (ECF No. 1); and

2. This action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 6, 2019

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

ramo0726.r11