UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELL RAMOS,

    Plaintiff,

v.

I. ROCHA, et al.,

    Defendants.

No. 2:19-cv-0726 KJN P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 6, 2019, the undersigned recommended that plaintiff's unsigned complaint be struck based on plaintiff's failure to timely rectify the omission as required under Rule 11(a) of the Federal Rules of Civil Procedure. On June 14, 2019, plaintiff filed a document styled, "Motion in Response to Failure to Comply," in which he submits, under penalty of perjury: "On March 13, 2019[,] outgoing legal mail was sent back as Court order ordered. 'See' evidence attached to this motion." (ECF No. 12 at 1.)[1] He appends a copy of both his incoming and outgoing prison mail logs, but no further explanation.

////

---

[1] It appears that plaintiff filed his response in the Northern District of California. As plaintiff was previously informed, his action was transferred from the Northern District to the Eastern District of California. Because this action now proceeds in the Eastern District, plaintiff shall file any further documents in the Eastern District, not the Northern District.

1

Plaintiff's outgoing prison mail log reflects a mailing on March 13, 2019, to the U.S. District Court in San Francisco, California 94102, as well as a mailing to the Clerk of the U.S. District Court in Sacramento, California, on March 20, 2019. Neither prison mail log entry identifies the document mailed to the court. Moreover, plaintiff's statement that "outgoing legal mail was sent back" is vague and fails to identify what document was "sent back" on March 13, 2019. In addition, review of the court docket reflects that the only submission by plaintiff in March of 2019 was his motion for leave to proceed in forma pauperis, filed on March 18, 2019, in the Northern District. No other filing by plaintiff was received by the court in this case until he filed his June 14, 2019 response.

Importantly, even if plaintiff's signed complaint was lost in transit, either by prison officials or by post office staff, providing a mail log does not rectify the omission of plaintiff's signature on his pleading. This action cannot proceed unless plaintiff files a signed pleading. Fed. R. Civ. P. 11(a) (Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.). In other words, unless a signed pleading is actually filed with the court, this action must be dismissed.

Plaintiff was previously provided a copy of his 30-page complaint. (ECF No. 2.) In an abundance of caution, plaintiff is provided an additional thirty days in which to file a signature page bearing his signature. Plaintiff may choose to re-file his entire pleading, provided it bears his signature and date of signature. Or plaintiff may choose to return a copy of page three of his complaint that bears his signature and date of signature. If plaintiff chooses the latter, the Clerk of the Court shall interlineate the signed page three into plaintiff's complaint (ECF No. 1). Plaintiff is cautioned that failure to comply with this order will result in the court forwarding the pending findings and recommendations to the district court for review and adoption. If adopted, plaintiff's case will be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Clerk of the Court, Eastern District of California:

    a. The completed Notice of Submission of Documents; and

    b. A signed complaint or a copy of page three of his complaint that bears plaintiff's signature;

  2. Plaintiff is cautioned that failure to comply with this order will result in the dismissal of this action;

  3. All further filings in this action shall be submitted to the Clerk of the Court, United States District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814; and

  4. The Clerk of the Court is directed to send plaintiff a copy of page three of plaintiff's complaint (ECF No. 1 at 3) without the court's CM/ECF banner.

Dated: June 20, 2019

                  /s/ Kendall J. Newman
                  KENDALL J. NEWMAN
                  UNITED STATES MAGISTRATE JUDGE

/ramo0726.r11.2

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | |
|---|---|
| MICHELL RAMOS, | No. 2:19-cv-0726 TLN KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| I. ROCHA, et al., | |
| Defendants. | |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_ Plaintiff's complaint bearing his signature

OR

\_\_\_\_ Page 3 of plaintiff's complaint bearing his signature. If plaintiff chooses this option, the Clerk of the Court shall interlineate this signed page into plaintiff's complaint (ECF No. 1 at 3) as directed in the court's order.

DATED:

_____
Plaintiff