UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELL AJURIA RAMOS,

        Plaintiff,                  No. 2:19-cv-0726 TLN KJN P

vs.

I. ROCHA, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Michell Ajuria Ramos, inmate #AR-8420, a necessary and material witness in proceedings in this case on February 4, 2020,[1] is confined in California Substance Abuse Treatement Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before Magistrate Judge Allison Claire, 8th Floor, Courtroom 26, United States District Courthouse, 501 I Street, Sacramento, California on February 4, 2020, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Substance Abuse Treatment Facility, P.O. Box 7100, Corcoran, California 93212:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: November 26, 2019

/ramo0726.841(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The November 7, 2019 order and writ was vacated on November 22, 2019. (ECF No. 35.)