UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELL AJURIA RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>I. ROCHA, et al.,<br><br>          Defendants. | No.  2:19-cv-0726 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  This action proceeds on plaintiff's Eighth Amendment claims against defendants Carpinter and Rocha.  On April 13, 2020, plaintiff filed a motion to stay this action for 120 days.  On April 15, 2020, defendant Rocha joined in plaintiff's motion.  Defendant Carpinter's motion to dismiss remains pending.  Plaintiff was recently granted an extension of time in which to oppose such motion.  Plaintiff also seeks appointment of counsel.

Plaintiff states that he was recently quarantined because it was feared plaintiff might have been infected with COVID-19.  Plaintiff's test revealed he was negative; however, in the interim, plaintiff's property was retained, inventoried and stored by custody staff.  Plaintiff claims it will take three to four weeks for him to obtain return of his property, and that because he is still confined to quarters due to COVID-19, plaintiff is unable to attend the law library to research or obtain assistance.  Due to plaintiff's limited English skills, paging services are insufficient.

1

Plaintiff states that the prison's safety precaution program implemented due to COVID-19 is expected to be in effect until July 2020.

Good cause appearing, plaintiff's motion for stay is granted. This action is stayed until July 1, 2020. On or before July 1, 2020, any party may move to lift the stay should precautionary measures at plaintiff's prison be lifted. In light of this stay, plaintiff's motion for appointment of counsel is denied without prejudice to renewal following the lifting of the stay. The court will address further deadlines following the expiration of the stay.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay (ECF No. 50) is granted;

2. Plaintiff's motion for the appointment of counsel (ECF No. 49) is denied without prejudice;

3. Plaintiff is relieved of his obligation to oppose defendant Carpinter's motion to dismiss until further order of court;

4. This action is stayed until July 1, 2020; and

5. The Clerk of the Court is directed to administratively close this action.

Dated: April 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ramo0726.sty

2