UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELL AJURIA RAMOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. ROCHA, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-0726 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  In plaintiff's amended complaint, plaintiff alleges that defendants Rocha and Carpinter failed to protect plaintiff on April 26, 2018, at High Desert State Prison, in violation of the Eighth Amendment, resulting in plaintiff being stabbed nine times.  (ECF No. 18.)  Defendant Carpinter filed a motion to dismiss; defendant Rocha filed an answer.  On April 30, 2020, this action was stayed until July 1, 2020.

　　　　Plaintiff has now filed a motion to extend the stay of this action until November 1, 2020, based on his inability to access the law library at Corcoran, including the Lexis electronic system to conduct legal research.  Due to the COVID-19 pandemic, the law library has been closed to physical access since late March of 2020.  Plaintiff states he only has access to paging services once a week, but because he is a first time litigant with no knowledge of case law, he has been unable to use the paging services.  In June, plaintiff received a memo from prison officials stating

that his facility's law library will be fully operational and open for physical access on November 1, 2020.  (ECF No. 53 at 2.)

Defendants have not filed a response or opposition to the request for stay.

Good cause appearing, plaintiff's motion for stay is granted.  Because November 1, 2020 is a Sunday, the stay is granted until November 2, 2020.  At that time, the court will lift the stay and issue a revised scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of the stay of this action (ECF No. 53) is granted; and

2. This action is stayed until Monday, November 2, 2020.

Dated:  July 6, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

//ramo0726.36