UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AJURIA RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>I. ROCHA, et al.,<br><br>    Defendants. | No.  2:19-cv-0726 TLN KJN P<br><br><br><br>ORDER |

On January 21, 2022, plaintiff filed a motion for extension of time to prepare his case. Plaintiff, who is mobility impaired, states that the law library is rarely open and he needs to collect exhibits and witness statements.  In addition, plaintiff is being transferred to the Los Angeles County Men's Jail and will have no access to the law library while there.

Good cause appearing, the findings and recommendations are vacated, and plaintiff is granted an additional thirty days in which to file his pretrial statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 69) are vacated;

2. Plaintiff's motion for an extension of time (ECF No. 70) is granted;

3. Plaintiff is granted thirty days from the date of this order in which to file and serve his pretrial statement; defendants' pretrial statement is due thirty days thereafter;

////

    4. The pretrial conference (as described in Local Rule 282) is set for June 1, 2022, before the undersigned. The pretrial conference shall be conducted on the file only without appearance by either party; and

    5. Jury trial will be set in the pretrial order.

Dated: February 1, 2022

/ramo0726.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2