UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AJURIA RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>I. ROCHA, et al.,<br><br>    Defendants. | No. 2:19-cv-0726 TLN KJN P<br><br><br><br>ORDER |

    On February 2, 2022, plaintiff was granted an additional thirty days in which to file his pretrial statement. On February 7, 2022, plaintiff filed a change of address, indicating he was temporarily housed at 441 Bauchet Street, Los Angeles, CA 90012, for an "unknown couple of months." (ECF No. 72.) The February 2, 2022 order was re-served on plaintiff at the address he provided, but it was returned on March 9, 2022, marked, "RTS, Refused, Unable to Forward." Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. However, it is unclear whether the order was refused by jail officials because the address was incomplete, or whether plaintiff refused the document.

    In an abundance of caution, plaintiff is granted one final extension of time to file his pretrial statement. Plaintiff is cautioned that failure to timely file a pretrial statement will result in recommendations that this action be dismissed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted sixty days from the date of this order in which to file and serve his pretrial statement; defendants' pretrial statement is due thirty days thereafter.

2. The June 1, 2022 pretrial conference (as described in Local Rule 282) before the undersigned is continued to August 1, 2022. The pretrial conference shall be conducted on the file only without appearance by either party.

3. Jury trial will be set in the pretrial order.

4. The Clerk of the Court is directed to serve a copy of this order on plaintiff as follows:

Michell Ajuria Ramos, 96308444, Los Angeles County Men's Central Jail, 441 Bauchet Street, Los Angeles, CA 90012.

Dated: March 22, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ramo0726.36b